1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: carey_gorden@fd.org

5 Attorneys for Esther Alicia Ibarra-Ochoa

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,           )  Case No. 07MJ2957
                                         )
12 |        Plaintiff,                   )
                                         )
13 | v.                                  )  **CERTIFICATE OF SERVICE**
                                         )
14 | ESTHER ALICIA IBARRA-OCHOA,         )
                                         )
15 |        Defendant.                   )
   |_____)

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov; and
20
                              Linda A. King
21               laking@N2.net,vbm_5562@yahoo.com

22                                        Respectfully submitted,

24 DATED:     December 28, 2007           /s/ Carey D. Gorden
                                          **CAREY D. GORDEN**
25                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Esther Alicia Ibarra-Ochoa