UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>EstheR Alicia IBARRA OCHOA<br>Defendant(s) | CRIMINAL NO. 07mj2957<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

MinoR M.M.B.

DATED: 1/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by
                    Deputy Clerk