UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> ESTHER Alicia IBARRA OCHOA <br> Defendant(s) | CRIMINAL NO. 07 MJ 2957 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, BENCIVENGO

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Julia Cristina Quesada Sota

DATED: 1/4/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk

by
      Deputy Clerk

RECEIVED 2008 JAN 4 A 2:57
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA