

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ESTHER ALICIA IBARRA-OCHOA,<br><br>              Defendant. | Criminal Case No. 08CR71-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(iv) and<br>(v)(II) - Inducing and Encouraging<br>Illegal Aliens to Enter the United<br>States and Aiding and Abetting |

The United States Attorney charges:

On or about December 21, 2007, within the Southern District of California, defendant ESTHER ALICIA IBARRA-OCHOA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Julia Cristina Quezada-Soto, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: January 10, 2008

                              KAREN P. HEWITT<br>                              United States Attorney

                              DOUGLAS KEEHN<br>                              Assistant U.S. Attorney

WDK:psd:San Diego
12/27/07