AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ESTHER ALICIA IBARRA-OCHOA | CASE NUMBER: 08cr71-JM |

I, ESTHER ALICIA IBARRA-OCHOA, the above-named defendant, who is accused of committing the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about December 21, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____1\10\08_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Esther Ibarra O.
Defendant

_____
Defense Counsel for

Before _____
Judicial Officer

**FILED**
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY